## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **9:23-po-05099-KLD** |
| **Plaintiff,** | |
| | **Violation: F5457600** |
| **vs.** | **Location Code: M2** |
| **ASLAN G. VALLIANT,** | **ORDER** |
| **Defendant.** | |

The government has moved to dismiss the above referenced case and quash the arrest warrant issued in the matter as it is no longer in the government's interest to pursue this matter.  Accordingly,

IT IS ORDERED that violation notice F5457600 is DISMISSED and the arrest warrant issued for Defendant's failure to appear is QUASHED.

DATED this _____6th_____ day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1